[995 NE2d 170, 972 NYS2d 208]

In the Matter of DAGAN LACORTE, Appellant, v HOWARD L. CYTRYN et al., Respondents, et al., Respondent. (And Another Proceeding.)

Argued August 21, 2013; decided August 22, 2013

APPEARANCES OF COUNSEL

*Stroock, Stroock & Lavan, LLP*, New York City (*Jerry H. Goldfeder* of counsel), for appellant.

*Alan Goldston*, Scarsdale, for Howard L. Cytryn and others, respondents.

*Jeffrey J. Fortunato, County Attorney*, New City (*Thomas M. Mascola* of counsel), for Rockland County Board of Elections, respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, without costs.

The Appellate Division properly determined that the validating petition did not sufficiently specify which determinations of the Board petitioner claimed were erroneous (*see Matter of Krueger v Richards*, 59 NY2d 680, 682 [1983]).

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM concur.

Order affirmed, without costs, in a memorandum.